UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

D'WANNA WILLIAMS,
an individual,

    Plaintiff,

vs.                                  CASE NO: 2:23-cv-00881-MHH

WING IT HOLDINGS, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, D'Wanna Williams, and Defendant, Wing It Holdings, LLC, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice. The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

Respectfully submitted this the 29th day of November, 2023.

Edward I. Zwilling, Esq.
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama, 35242
Telephone: (205) 822-2701
Email: edwardzwilling@zwillinglaw.com

By: /s/ Edward I. Zwilling
    Edward I. Zwilling

N. DeWayne Pope, Esq.
Gordon Rees Scully Mansukhani
420 20th Street North, Suite 2200
Birmingham, Alabama 35203
Telephone: (205) 980-8200
Email: dpope@grsm.com

By: /s/ N. DeWayne Pope
    N. DeWayne Pope
    (by EIZ w/ permission)