

FILED
2023 Dec-22 PM 01:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **D'WANNA WILLIAMS,** | }<br>} |
| **Plaintiff,** | }<br>} |
| **v.** | }   Case No.: 2:23-cv-881-MHH<br>} |
| **WING IT HOLDINGS, LLC,** | }<br>} |
| **Defendant.** | } |

## CLERK'S MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES AND RETENTION OF JURISDICTION TO ENFORCE THE SETTLEMENT

Plaintiff D'Wanna Williams and the defendant, Wing It Holdings, LLC, have entered into a settlement agreement in this case.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Ms. Williams and Wing it Holdings have jointly stipulated to the dismissal of this action with prejudice, with each party bearing its own costs except as set forth in the parties' settlement agreement.  (Doc. 13).

In the joint stipulation of dismissal, the parties ask the Court to "retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties."  (Doc. 13).  A district court may retain jurisdiction over a settlement agreement "'[i]f the district court either incorporates the terms of a settlement

agreement into its final order of dismissal or expressly retains jurisdiction to enforce a settlement.'" *Meyers v. Mo. & Co., Inc.*, 452 Fed. Appx. 856, 857 (11th Cir. 2011) (quoting *Am. Disability Ass'n v. Chmielarz*, 289 F.3d 1315, 1320 (11th Cir. 2002)). The Court expressly retains jurisdiction in this matter to enforce the settlement agreement between the parties.

The Clerk of the Court shall please close this case. Should a party need the Court's assistance as the parties finalize their settlement, the party may file a motion or email chambers, copying all counsel on the message.

**DONE** and **ORDERED** this December 22, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE